UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,       )
                                )   CASE NO. MJ 11-333
    Plaintiff,                  )
                                )
    v.                          )   DETENTION ORDER
                                )
RONNIE LEON TRAMBLE,            )
                                )
    Defendant.                  )
_____)

<u>Offense charged</u>:   Sex Trafficking of a Child through Force, Fraud or Coercion

<u>Date of Detention Hearing</u>:   July 19, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant is charged by Complaint with sex trafficking of a juvenile female by

use of force, fraud and coercion.

2. Defendant was not interviewed by Pretrial Services. Much of his background information is unknown or unverified. His criminal record includes bench warrant activity and violations of court supervision, including failure to report. He does not contest detention.

3. Defendant poses a risk of nonappearance due to unknown background information, as well as a history of failing to appear and failing to comply. He poses a risk of danger due to the nature of the instant offense, criminal history, a history of failing to comply, unknown substance abuse issues, and history of assaultive behavior.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 19th day of July, 2011.

                                                          */s/ Mary Alice Theiler*
                                                          Mary Alice Theiler
                                                          United States Magistrate Judge